UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JESSE L. Youngblood
Petitioner

vs.

Feather Falls Casino, Et Al.
Respondent(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

**FILED**
APR 8 2005
CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CASE NUMBER: #CIV S-03-1627 WBS JFM PS.

I, _____, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application. I answer the following questions under penalty of perjury: YES

Are you currently incarcerated: ☒ Yes  ☐ No (If "No" DO NOT USE THIS FORM)

If "Yes" state the place of your incarceration. (H.D.S.P.) High Dessert State Prison

**Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes" state the amount of your pay. N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. (Dept. of Treasurey)
   S.S.D. "$740.00 Per Month" date last 08/02.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes   ☒ No
   b. Rent payments, interest or dividends                 ☐ Yes   ☒ No A
   c. Pensions, annuities or life insurance payments       ☐ Yes   ☒ No
   d. Disability or workers compensation payments          ☐ Yes   ☒ No
   e. Gifts or inheritances — $100.00 12/04.  N/A          ☒ Yes   ☐ No
   f. Any other sources                                    ☐ Yes   ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☒ Yes ☐ No

If "Yes" describe the property and state its value. ($666,000.ºº Million Zillion Dollar's):Assets/ Music/Invention's/Modern Day Invention's/Mottoes/Literature/Books/ Cartoon's/Technology/Pattern's/Businesses/Lawsuit's/Equity/Research/Etc.

6. Do you have any other assets? ☒ Yes ☐ No

If "Yes" list the asset(s) and state the value of each asset listed. Lawsuits (1974-2005 Cont.):$666,000.ºº Million X's $666,000.ºº Quadrillion X's — $666,000.ºº M.Q. Dollars.—

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (N/A)

I declare under penalty of perjury that the above information is true and correct.

03/22/05—         Mr. Jimmy Lee Varnado
DATE              SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ —0— on account to his/her credit at

HIGH DESERT STATE PRISON (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 15.84 . I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 21.67 .

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Munich

4/4/05
X DATE              X SIGNATURE OF AUTHORIZED OFFICER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

__Jesse L. Youngblood__
PLAINTIFF or PETITIONER

v.

__Feather Falls Casino,__
Defendant or Respondent

__Et al.—__,

Case Number: #CIV S-03-1627 WBS -JFM PS.

**PROOF OF SERVICE**

I hereby certify that on _____, 20___, I served a copy of the attached _____, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at _____:

I declare under penalty of perjury that the foregoing is true and correct.

X _____

```
REPORT ID: TS3030                                          REPORT DATE: 04/04/05
                                                                PAGE NO:       1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              HIGH DESERT STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2004 THRU APR. 04, 2005

ACCOUNT NUMBER : H60800              BED/CELL NUMBER: FDB7T2000000226L
ACCOUNT NAME   : YOUNGBLOOD, JESSE LEONARD      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----    ----  -----------     -------    ---------   --------   -----------   -------

10/01/2004     BEGINNING BALANCE                                                 26.80

10/14 W516 LEGAL COPY CH 1578 9/14                                 26.80          0.00
10/15*DD30 CASH DEPOSIT    1603   9157          16.75                            16.75
10/20*DD30 CASH DEPOSIT    1681   9178          13.40                            30.15
10/25 W516 LEGAL COPY CH 1768 9/25                                 30.15          0.00
11/15*DD30 CASH DEPOSIT    2108   9298          23.45                            23.45
11/19 W516 LEGAL COPY CH 2211 10/20                                23.45          0.00
11/30*DD30 CASH DEPOSIT    2293   9363          33.50                            33.50
12/01 W536 COPAY CHARGE    2322 10/14                               5.00         28.50
12/02 W516 LEGAL COPY CH 2339 11/27                                 1.40         27.10
12/09 W516 LEGAL COPY CH 2474 12/4                                  1.00         26.10
12/09 FC01 DRAW-FAC 1      2483SEG1ST                              23.95          2.15
12/10 W516 LEGAL COPY CH 2502 11/12                                 2.15          0.00
      ACTIVITY FOR 2005
01/06 FR01 CANTEEN RETUR 402920                                     2.90-         2.90
01/14 W516 LEGAL COPY CH 3090 12/18                                 2.90          0.00


                         CURRENT HOLDS IN EFFECT
     DATE       HOLD
     PLACED     CODE       DESCRIPTION           COMMENT       HOLD AMOUNT
     ------     ----       -----------           -------       -----------

  03/17/2005    H118    LEGAL COPIES HOLD       4066 3/16          0.55
  03/21/2005    H109    LEGAL POSTAGE HOLD      4114 03/18         1.29
  03/22/2005    H109    LEGAL POSTAGE HOLD      4135 3/21          0.60
  03/23/2005    H109    LEGAL POSTAGE HOLD      4151 3/22          0.37
  04/04/2005    H109    LEGAL POSTAGE HOLD      4305 4/1           0.37
  04/04/2005    H109    LEGAL POSTAGE HOLD      4305 4/1           2.90


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/15/03                CASE NUMBER: CM017825
COUNTY CODE: BUT                        FINE AMOUNT: $ 10,000.00

    DATE        TRANS.   DESCRIPTION              TRANS. AMT.      BALANCE
    ----        ------   -----------              -----------      -------

10/01/2004    BEGINNING BALANCE                                    9,982.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
   TRUST OFFICE

HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2004 THRU APR. 04, 2005

ACCT: H60800　　ACCT NAME: YOUNGBLOOD, JESSE LEONARD　　ACCT TYPE: I

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/15/03　　　　　　　CASE NUMBER: CM017825
COUNTY CODE: BUT　　　　　　　　　　　FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 10/15/04 | DR30 | REST DED-CASH DEPOSIT | 7.50- | 9,974.50 |
| 10/20/04 | DR30 | REST DED-CASH DEPOSIT | 6.00- | 9,968.50 |
| 11/15/04 | DR30 | REST DED-CASH DEPOSIT | 10.50- | 9,958.00 |
| 11/30/04 | DR30 | REST DED-CASH DEPOSIT | 15.00- | 9,943.00 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.　　　\*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 26.80 | 87.10 | 113.90 | 0.00 | 6.08 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------
6.08-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY